## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HASSIE MCGRAVE,<br><br>                    Appellant,<br><br>vs.<br><br>THE STATE OF NEVADA,<br><br>                    Respondent. | No. 85613<br><br>**FILED**<br><br>NOV 17 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

### *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on July 19, 2022. Appellant did not file the notice of appeal, however, until September 29, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                          Herndon

---

[1]The motion to withdraw as counsel filed on November 9, 2022, is granted. The clerk of this court shall remove the Clark County Public Defender's Office as counsel for appellant in this appeal.

22-36140

cc: Hon. Tara D. Clark Newberry, District Judge
Hassie McGrave
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk